652

372 A.2d 846

Mellon National Bank and Trust Company, et al. v. George, Appellant.

Argued November 15, 1976. Anthony P. Picadio, with him William H. Dickey, Jr., for appellant; Johanna G. O'Loughlin, with her G. Donald Gerlach, for appellees.

Decree affirmed.

WATKINS, P. J., and JACOBS, J., did not participate in the consideration or decision of this case.

372 A.2d 847

Rice, et al. v. Heilman, et al., Appellants.

Submitted November 10, 1976. Bruce E. Cooper and Charles E. Friedman, for appellants; Robert A. Cohen and Emil W. Herman, for appellees.

Order affirmed.